Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
cory@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRDNITA DANCY, | Case No.: 2:23-cv-06396- KK-AJRx |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| WELLS FARGO BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs. IT IS SO ORDERED

DATE: February 9, 2024          BY: _____
                                    HON. KENLY KIYA KATO
                                    UNITED STATES DISTRICT